UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHASE TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:17-cv-00236 |
| THEODRICK JARMON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Newbern in which she concludes that this case should be dismissed under Federal Rule of Civil Procedure 4(m) for failure to effect timely service and Rule 41(b) for failure to prosecute. (Doc. No. 35.) No objection has been filed.

After de novo review, the Report and Recommendation (Doc. No. 35) is **APPROVED AND ADOPTED**. Pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall issue a final judgment under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE